## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JEFFREY MANLEY**                                                                          **PETITIONER**
**Reg #11460-010**

**v.**                                        **Case No. 2:20-cv-00026-KGB**

**DEWAYNE HENDRIX,**                                                                        **DEFENDANT**
**Warden, FCC Forrest City**

### ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 14). Although the Court granted petitioner Jeffrey Manley an extension of time to object to Judge Harris's Findings and Recommendation, Mr. Manley did not object to the Findings and Recommendation; the extended time for objecting has passed. After careful consideration of the Findings and Recommendation, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 14). The Court grants defendant Dewayne Hendrix's motion to dismiss and dismisses without prejudice Mr. Manley's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. Nos. 1, 9). All requested relief is denied.

It is so ordered this 2nd day of February, 2021.

Kristine G. Baker
United States District Judge