THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFREY MANLEY**                                                                                          **PETITIONER**
Reg #11460-010

v.                                            Case No. 2:20-cv-00026-KGB

**DEWAYNE HENDRIX,**                                                                                        **DEFENDANT**
Warden, FCC Forrest City

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Jeffrey Manley's claims are dismissed without prejudice.

It is so ordered this 2nd day of February, 2021.

_____
Kristine G. Baker
United States District Judge